# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1882
Lower Tribunal No. 2016-CF-011825

_____

TRAVIS B. HOWARD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Luis F. Calderon, Judge.

November 4, 2025

PER CURIAM.

AFFIRMED.

STARGEL, WOZNIAK and WHITE, JJ., concur.


Travis D. Howard, Carrabelle, pro se.

James Uthmeier, Attorney General, Tallahassee, and Robin A. Compton, Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED